```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 10864
    LILLIE GILBERT
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-1634


--------------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/18/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 10/22/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
RESCAP MORTGAGE            SECURED NOT I          .00           .00             .00
WELLS FARGO HOME MORTGAG   CURRENT MORTG          .00           .00             .00
ECAST SETTLEMENT CORP      UNSECURED         14368.41           .00             .00
CERTIFIED SERVICES         UNSECURED         NOT FILED          .00             .00
B-REAL LLC                 UNSECURED          3258.82           .00             .00
CHASE                      UNSECURED         NOT FILED          .00             .00
DELL FINANCIAL SERVICES    UNSECURED           824.07           .00             .00
DISCOVER FINANCIAL SERVI   UNSECURED         14353.95           .00             .00
DISCOVER FINANCIAL SERVI   UNSECURED          4364.54           .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          6545.02           .00             .00
PEOPLES GAS & LIGHT        UNSECURED         NOT FILED          .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED          7978.01           .00             .00
CALVIN LANE & STANLEY JA   NOTICE ONLY      NOT FILED           .00             .00
DARYL BELL & TANYA CLARK   NOTICE ONLY      NOT FILED           .00             .00
WELLS FARGO HOME MORTGAG   NOTICE ONLY      NOT FILED           .00             .00
WELLS FARGO HOME MORTGAG   SECURED           5432.33            .00          423.60
RESIDENTIAL FUNDING CO L   NOTICE ONLY      NOT FILED           .00             .00
DELL FINANCIAL SERVICES    SECURED            200.00            .00             .00
RESCAP MORTGAGE            SECURED NOT I         .00            .00             .00
DELL FINANCIAL SERVICES    UNSECURED          1908.92           .00             .00
ERNESTO D BORGES JR        DEBTOR ATTY        455.00                            .00
TOM VAUGHN                 TRUSTEE                                            31.40
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 455.00

PRIORITY                                        .00
SECURED                                      423.60
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                          31.40

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 10864 LILLIE GILBERT
```

```
DEBTOR REFUND                                                                    .00
                                        ----------------        ----------------
TOTALS                                          455.00                  455.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
Dated: 01/23/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```